UNITED STATES DISTRICT COURT
EASTER DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| PINCELLI & ASSOCIATES/ ENERGY SYSTEMS, INC., | ) ) ) |
| Plaintiff/Counter-Defendant, | ) ) ) |
| v. | ) ) |
| CINERGY SOLUTIONS OF NARROWS, LLC, | ) ) ) ) |
| Defendant/Counter-Plaintiff. | ) ) |
| PINCELLI & ASSOCIATES/ ENERGY SYSTEMS, INC., | ) ) ) ) |
| Third-Party Plaintiff, | ) ) |
| v. | ) ) |
| JASON ENTERPRISES, INC. and CLINTON M. SAUNDERS, Individually | ) ) ) |
| Third-Party Defendants. | ) |

Docket No. 1:05-cv-346
Judge Edgar

## **ORDER**

The parties have filed a joint stipulation of dismissal with prejudice pursuant to Fed.R. Civ. P. 41(a). [Doc. No. 23]. The parties move the Court to approve the joint stipulation. The motion is **GRANTED** pursuant to Fed. R. Civ. P. 41(a). The Court approves the joint stipulation and this civil action is **DISMISSED WITH PREJUDICE** with each party to bear their own costs and attorney's fees.

The Clerk of the Court shall close the record in this case.

SO ORDERED.

Enter this the 7th day of July, 2006.


                /s/ R. Allan Edgar
           JUDGE R. ALLAN EDGAR
         UNITED STATES DISTRICT JUDGE